THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SANFORD WILLIAMS, JR.,                   :
                                         :
        Petitioner,                      :   3:20-CV-1738
                                         :   (JUDGE MARIANI)
    v.                                   :   (Magistrate Judge Mehalchick)
                                         :
COMMONWEALTH OF                          :
PENNSYLVANIA, et al.,                    :
                                         :
        Defendants.                      :

## ORDER

AND NOW, THIS \_\_21st\_\_ DAY OF SEPTEMBER, 2022, upon review of Magistrate Judge Karoline Mehalchick's Report and Recommendation ("R&R") (Doc. 36) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 36) is **ADOPTED** for the reasons set forth therein.

2. Sanford Williams, Jr.'s amended petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **DISMISSED AS MOOT**.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge